UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

ADRIENNE COLEMAN, et al.,           )
                                    )
        Plaintiff(s),               )
                                    )
    vs.                             )        Case No. 2:08CV4 JCH
                                    )
REBECCA E. KOETTERS, et al.,        )
                                    )
        Defendant(s).               )

## ORDER

This matter is before the Court upon its review of the record. On September 8, 2008, Defendants Rebecca E. Koetters, Glenda Coons, Karen Berding, Michelle Cebulko, Jeffrey Cox, Rebecca Culler, Peggy Pearl, Gilbert Alderson, Deborah E. Scott, Missouri Family Support Division & Children's Division, and Phillip W. Livesay ("Defendants") filed a Motion to Dismiss Plaintiffs' Amended Complaint. (Doc. No. 53). Plaintiffs requested and received an extension of time, until October 6, 2008, within which to respond to Defendants' motion. (Doc. No. 54). To date, Plaintiffs have not filed their response.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs are granted until **Wednesday, October 22, 2008**, within which to respond to Defendants' Motion to Dismiss (Doc. No. 53). Failure to do so will result in the Court's ruling on Defendants' unopposed motion.

Dated this 15th day of October, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE